UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RITA LINDA,

    Plaintiff,

    v.

HOLLAND AMERICA LINE-WESTOURS; HAL NEDERLAND N.V. CORP; HOLLAND AMERICAN LINE N.V.; HOLLAND AMERICA,

    Defendants.

Case No. C04-319RSM

DISMISSAL ORDER

    The Court having been notified of the settlement of this case, and it appearing that no issue remains for the court's determination,

    IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice.  The Court will determine whether or not jury costs will be imposed and apportioned to the parties, pursuant to CR 39(d).

    In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within thirty (30) days of the date of this order.  Any trial date and pretrial dates previously set are hereby VACATED.

    IT IS SO ORDERED this 31st day of August, 2005.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

DISMISSAL ORDER - 1